JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HOVEN GAROYAN, individually, and on behalf of others similarly situated Plaintiffs,<br><br>vs.<br><br>SANDEEP BAWEJA, ERNEST J. FRANCESCHI, JR., ERNEST J. FRANCESCHI, JR., A LAW CORPORATION; THE GARDEN CITY GROUP, INC.; and DOES 1 through 100; inclusive,<br><br>Defendants. | Civil Case No. 2:09-CV-00546 MMM (VBK)<br><br><u>CLASS ACTION</u><br><br>**ORDER REGARDING STIPULATION TO DISMISS DEFENDANTS SANDEEP BAWEJA, ERNEST J. FRANCESCHI, JR., AND ERNEST J. FRANCESCHI, JR., A LAW CORPORATION** |

Upon review of the above Stipulation in the above-entitled matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that defendants SANDEEP BAWEJA, ERNEST J. FRANCESCHI, JR., and ERNEST J. FRANCESCHI, JR., A LAW CORPORATION, are dismissed from the Complaint without prejudice, each party to bear their own costs and attorneys' fees.

Dated:  May 8, 2009

_____
DISTRICT COURT JUDGE

Respectfully Submitted by:

LEE TRAN & LIANG APLC


By: _____
James M. Lee (Bar No. 192301)
K. Luan Tran (Bar No. 193808)
Enoch H. Liang (Bar No. 212324)
1055 W. Seventh Street, Suite 2820
Los Angeles, California  90017
Telephone: (213) 612-3737
Facsimile: (213) 612-3773

Attorneys For Plaintiffs